IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In re:*

| | |
|---|---|
| EUGENE ALLEN GREGORY <br> SSN: XXX-XX-9283 <br> DENISE MARYANNE BLODIG <br> SSN: XXX-XX-9608 <br>           *Debtors,* <br><br> ROSE BROMBERG, <br><br>           Plaintiff, <br><br> vs. <br><br> EUGENE ALLEN GREGORY and <br> DENISE MARYANNE BLODIG, <br><br>           Defendants. | CHAPTER 7 <br> CASE NO. 10-35903-MER <br><br><br><br><br><br><br><br><br> Adversary Proceeding <br><br> No. 11-01011 MER |

**CERTIFICATE OF JUDGMENT FOR LIEN UPON LAND AND TENEMENTS
(ABSTRACT/TRANSCRIPT OF JUDGMENT)**

      I, KELLY J. SWEENEY, Acting Clerk of the United States Bankruptcy Court for the District of Colorado, do certify that on August 23, 2013, a judgment was rendered by the Court in favor of Plaintiff, Rose Bromberg, and against Defendant, Eugene Allen Gregory, in the amount of $361,134.06 plus interest at 15% per annum from May 28, 2006 through August 23, 2013, plus interest at the rate of 12% percent per annum from August 23, 2013 in the above entitled case, which judgment is entered on the docket of this Court, and remains of record in Denver, Colorado.

No notice of appeal from this judgment has been filed and no motion of the kind set forth in Fed.R.Civ.P. 50, as made applicable by Fed.R.Bankr.P. 9024 has been filed.

Date: 10/24/13

KELLY J. SWEENEY, ACTING CLERK

By: *[signature]*
Deputy Clerk